**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Audi Damandya Putra**
    Petitioner

      V.

                                    CIVIL ACTION

                                    NO. **1:26-cv-12994-RGS**


**Mullin et al**
    Respondents


**ORDER OF DISMISSAL**


Stearns, D. J.


    In accordance with the Court's Order entered August 7, 2026 [Doc. No. 14] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                          By the Court,


8/7/2026                         /s/ Jacqueline Martin
  Date                              Deputy Clerk